IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MINNIE WALLS on behalf of
BRIAN MITCHELL, JR.                                                          PLAINTIFF

v.                              NO. 3:06CV00150 BD

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                      DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 27th day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE